ORIGINAL

FILED

01/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0573

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0573

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                              O R D E R

VALERIE SUE DOGTAKINGGUN GRANT,

    Defendant and Appellant.

---

    Counsel for the Appellant Valerie Sue Dogtakinggun Grant filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Grant was granted time to file a response, but no response was filed.

    The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Grant's case.

    IT IS THEREFORE ORDERED that this appeal is DISMISSED.

    The Clerk is directed to provide copies of this Order to all counsel of record and to Grant personally.

    DATED this 30 day of January, 2024.

_____
Chief Justice

_____

_____

FILED

JAN 30 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
                 Justices